**Claims Asserted In Arendi's Infringement Contentions**

| *Defendants* | Asserted Claims of '853 Patent *awaiting decision* | Asserted Claims of '854 Patent | Asserted Claims of '843 Patent | Asserted Claims of '993 Patent | Asserted Claims of '356 Patent *awaiting decision* |
|---|---|---|---|---|---|
| *APPLE* | | *19, 25, 57, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 18, 21, 24** | |
| *BlackBerry* | | *19, 25, 57, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 18, 21, 24** | |
| *GOOGLE* | 1, 15, 16, 79 | *19, 25, 36, 43, 57, 60, 64, 72, 73* | *1, 8,* **13**, *15, 17,* **18, 19**, *23, 30* | | 1, 12, 16, 20, |
| *HTC* | | *19, 25, 57, 63, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 18, 21, 24** | |
| *LG* | | *19, 25, 57, 63, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 18, 21, 24** | |
| *MOTOROLA* | 1, 15, 16, 79 | *19, 25, 57, 63, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 18, 21, 24** | |
| *NOKIA* | 1, 15, 16, 79 | *19, 25, 57, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 21, 24** | |
| *SAMSUNG* | | *19, 25, 57, 63, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 18, 21, 24** | |
| *SONY* | | *19, 25, 57, 63, 64, 72, 73* | *1, 8, 23, 30* | **1, 5, 8, 9, 13, 16, 17, 18, 21, 24** | |
| *YAHOO!* | 1, 14, 15, 16, 79 | *19, 25, 57, 72, 73* | None asserted. | | |

**KEY**:

The PTAB has declined to institute IPR as to the **red/bold claims**.

The PTAB has decided to institute IPR as to the *green/bold/italicized claims*.

The PTAB has not made a decision whether to institute IPR as to the remaining claims.