**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ARENDI S.A.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORP. a/k/a HIGH TECH COMPUTER, CORP., HTC AMERICA, INC.,<br><br>Defendants. | Civil Action No. 2:18-cv-1725-BJR<br><br>JOINT STIPULATION AND ORDER TO EXTEND TIME |

WHEREAS, this action was originally filed in the United States District Court for the District of Delaware.

WHEREAS, the following actions for infringement of the same or related patents remain pending in the United States District Court for the District of Delaware before Chief Judge Leonard Stark: *Arendi S.A.R.L. v. Blackberry Ltd., et al.*, 1:12-cv-01597-LPS; *Arendi S.A.R.L. v. Sony Mobile Communications (USA) Inc.*, 1:12-cv-01602-LPS; *Arendi S.A.R.L. v. LG Electronics*, 1:12-cv-01595-LPS; *Arendi S.A.R.L. v. Apple Inc.*, 1:12-cv-01596-LPS; *Arendi S.A.R.L. v. Microsoft Mobile Inc.*, 1:12-cv-01599-LPS; *Arendi S.A.R.L. v. Oath Holdings Inc.*, et al., 1:13-cv-00920-LPS; *Arendi S.A.R.L. v. Google LLC*, 1:13-cv-00919-LPS (collectively, the "Delaware actions").

WHEREAS, prior to stipulating to the transfer of the present action to this Court, the parties agreed to request that this Court set dates in its scheduling order no earlier than those previously in place in the District of Delaware for this action and for the Delaware actions.

WHEREAS, the parties requested that this Court issue a scheduling order that generally trailed the schedule in the Delaware cases by approximately two weeks, D.I. 122 at 3-4, and the Court issued such an order, D.I. 124.

WHEREAS, that order sets May 22, 2019, as the deadline to for the parties' Exchange of Preliminary Proposed Constructions, Preliminary Identification of Extrinsic Evidence, and Brief Description of Any Proposed Witness Testimony for Claim Construction. D.I. 124.

WHEREAS, on May 16, 2019, the parties to the Delaware actions stipulated and moved to extend the deadline to submit their Joint Claim Construct Charts and Interim Status Reports from May 22, 2019, to May 29, 2019.

WHEREAS, the parties to this action, for purposes of efficiency and consistency, desire that the schedule in this case continue to trail the Delaware actions in the same manner as in Your Honor's scheduling order.

WHEREAS, a one-week extension (1) of the deadline for the Exchange of Preliminary Proposed Constructions, Preliminary Identification of Extrinsic Evidence, and Brief Description of Any Proposed Witness Testimony for Claim Construction and (2) of the deadline for the Joint Claim Chart and Prehearing Statement would effectuate that result.

WHEREAS, the parties, having met and conferred concerning their proposed claim terms on May 16, 2019, seek to continue their conversation in order to focus their disagreements and to limit claim construction to terms actually in dispute.

WHEREAS, these extensions will not affect other deadlines in this case and will not prejudice either party.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the deadline for the Exchange of Preliminary Proposed Constructions, Preliminary Identification of Extrinsic Evidence, and Brief Description of Any Proposed Witness Testimony for Claim Construction shall be extended from May 22, 2019, to May 29, 2019. The deadline for the Joint Claim Chart and Prehearing Statement shall be extended from June 5, 2019, to June 12, 2019. All other deadlines in the Standing Order for Civil Cases Setting Trial Date, Related Dates, and Court Procedures shall remain unchanged.

Dated: May 31, 2019

Presented by:

| | |
|---|---|
| */s/ Andres Healy* | */s/ Robin E. Wechkin* |
| Andres Healy, WSBA 45578 | Michael J. Bettinger (admitted *pro hac vice*) |
| SUSMAN GODFREY L.L.P. | Irene Yang (admitted *pro hac vice*) |
| 1201 Third Avenue, Suite 3800 | Curt Holbreich (admitted *pro hac vice*) |
| Seattle, Washington 98101 | SIDLEY AUSTIN LLP |
| Telephone: (206) 505-3843 | 555 California Street |
| ahealy@susmangodfrey.com | Suite 2000 |
| | San Francisco, CA 94104 |
| Steve D. Susman (admitted *pro hac vice*) | Telephone: (415) 772-1200 |
| Seth Ard (admitted *pro hac vice*) | mbettinger@sidley.com |
| Max Straus (admitted *pro hac vice*) | irene.yang@sidley.com |
| SUSMAN GODFREY L.L.P. | cholbreich@sidley.com |
| 1301 Avenue of the Americas, 32nd Fl. | |
| New York, New York 10019 | Robin E. Wechkin (SBN 24746) |
| Telephone: (212) 336-8330 | SIDLEY AUSTIN LLP |
| ssusman@susmangodfrey.com | 701 Fifth Avenue |
| sard@susmangodfrey.com | Suite 4200 |
| mstraus@susmangodfrey.com | Seattle, WA 98104 |
| | Telephone: (206) 262-7680 |
| John P. Lahad (admitted *pro hac vice*) | rwechkin@sidley.com |
| SUSMAN GODFREY L.L.P. | |
| 1000 Louisiana Street, Suite 5100 | *Attorneys for Defendants* |
| Houston, Texas 77002 | *HTC Corporation; and* |

Telephone: (713) 651-9366
jlahad@susmangodfrey.com

*Attorneys for Plaintiff
Arendi S.A.R.L.*

*HTC America, Inc.*

Dated this 31st day of May, 2019.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge