The Honorable Barbara J. Rothstein

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARENDI S.A.R.L., <br><br> Plaintiff, <br> v. <br><br> HTC CORP. a/k/a HIGH TECH COMPUTER, CORP., HTC AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:18-cv-1725-BJR <br><br> ORDER EXTENDING TIME |

WHEREAS, on May 31, 2019, the parties jointly sought in writing clarification from the Court on the requirements for the submission of the Joint Claim Chart and Prehearing Statement pursuant to the Court's Standing Order for Civil Cases Setting Trial Date, Related Dates, and Court Procedures (Dkt. 124);

WHEREAS, on May 31, 2019, the Court granted by Joint Stipulation a one-week extension of the deadline to submit the Joint Claim Chart and Prehearing Statement to June 12, 2019, from June 5, 2019 (Dkt. 128);

WHEREAS, on June 4, 2019, the Court responded in an email to the parties' request for clarification advising that modifications to the submission were permissible provided the parties

(1) jointly agreed on the modification(s); and (2) the modification(s) will enhance the Court's understanding of the issues;

WHEREAS, on June 5 and 7, 2019, the parties met and conferred to address the clarification provided in the Court's mail, and made significant progress on reaching agreement on the content and format of the Joint Claim Chart and Prehearing Statement;

WHEREAS, based on their initial discussions the parties expect to reach agreement on these issues, but need additional time to complete that agreement and then to prepare the Joint Claim Chart and Prehearing Statement in accordance with their agreement;

WHEREAS, the parties also have met and conferred on several occasions, including most recently on June 5, 2019, concerning their proposed claim terms and claim constructions in an effort to focus their disagreements and to limit claim construction to terms actually in dispute, and plan to further meet and confer in that regard;

WHEREAS, the parties agree that an extension of the deadlines for submission of the Joint Claim Chart and Prehearing Statement and a resulting extension of the deadline for submission of the Initial Claim Constructions Briefs of all Parties and Expert Reports will facilitate allowing the parties sufficient time to address the clarification provided in the Court's June 4, 2019 email and further meet and confer on claim construction issues;

WHEREAS, the requested extensions will not affect other deadlines in this case, will not prejudice either party and will not change the date by which the Court will receive the parties Responsive Claim Construction Briefs;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for the (1) Joint Claim Chart and Prehearing Statement shall be extended from June 12, 2019, to June 26, 2019; and (2) Initial Claim

| | |
|---|---|
| 1 | Construction Brief of all Parties and Expert Reports shall be extended from July 2, 2019, to July |
| 2 | 19, 2019. All other deadlines in the Standing Order for Civil Cases Setting Trial Date, Related |
| 3 | Dates, and Court Procedures shall remain unchanged. |

Dated this 10th day of June 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge