**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| ARENDI S.A.R.L., | Civil Action No. 2:18-cv-1725-BJR |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: PROCEDURES FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING |
| v. | |
| HTC CORP., HTC AMERICA, INC., | |
| Defendants. | |

WHEREAS, on August 16, 2019, the parties jointly submitted to the Court pursuant to the Standing Order for Patent Cases (Dkt. 120), an email containing a proposal for the format of the tutorial and claim construction hearing scheduled for September 16, 2019; and

WHEREAS, on August 16, 2019, the Court advised the parties in an email that their proposal was acceptable and requested that the parties submit the proposal in the form of a joint stipulation for the Court's approval;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that

(1) the tutorial and claim construction presentations will be made by attorneys of record, who may make use of slides, video or other visual aids;

(2) no live witnesses will be presented at either proceeding;

(3) the tutorial will begin at 9 a.m. on September 16, 2019, and last no longer than one hour, with each side allotted 30 minutes;

(4) the tutorial will generally cover the following topics: (a) the asserted patents/families; (b) background/state of the prior art; (c) the patents' proposed solution; (d) high-level computer architecture; and (e) present day functionality;

(5) the claim construction hearing will commence after conclusion of the tutorial;

(6) the parties will equally divide what time remains in the Court day after conclusion of the tutorial to make their claim construction arguments;

(7) the tutorial and claim construction proceedings in total will be set for one full trial day of five hours; and

(8) the parties will submit a revised Joint Claim Chart by no later than September 6, 2019, to reflect the state of the record as of that date.

Dated: August 19, 2019

Presented by:

| */s/ Steve D. Susman* | */s/ Robin E. Wechkin* |
|---|---|
| Andres Healy, WSBA 45578 | Robin E. Wechkin (SBN 24746) |
| SUSMAN GODFREY L.L.P. | SIDLEY AUSTIN LLP |
| 1201 Third Avenue, Suite 3800 | 701 Fifth Avenue |
| Seattle, Washington 98101 | Suite 4200 |
| Telephone: (206) 505-3843 | Seattle, WA 98104 |
| ahealy@susmangodfrey.com | Telephone: (206) 262-7680 |
|  | rwechkin@sidley.com |
| Steve D. Susman (admitted *pro hac vice*) |  |
| Seth Ard (admitted *pro hac vice*) | Michael J. Bettinger (admitted *pro hac vice*) |
| Max Straus (admitted *pro hac vice*) | Irene Yang (admitted *pro hac vice*) |
| SUSMAN GODFREY L.L.P. | Curt Holbreich (admitted *pro hac vice*) |
| 1301 Avenue of the Americas, 32nd Fl. | SIDLEY AUSTIN LLP |
| New York, New York 10019 | 555 California Street |
| Telephone: (212) 336-8330 | Suite 2000 |
| ssusman@susmangodfrey.com | San Francisco, CA 94104 |

| | |
|---|---|
| sard@susmangodfrey.com<br>mstraus@susmangodfrey.com<br><br>John P. Lahad (admitted *pro hac vice*)<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>jlahad@susmangodfrey.com<br><br>*Attorneys for Plaintiff*<br>*Arendi S.A.R.L.* | Telephone: (415) 772-1200<br>mbettinger@sidley.com<br>irene.yang@sidley.com<br>cholbreich@sidley.com<br><br>*Attorneys for Defendants*<br>*HTC Corporation; and*<br>*HTC America, Inc.* |

Dated this 21st day of August 2019.

*[signature]*
Barbara Jacobs Rothstein
U.S. District Court Judge