UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARENDI S.A.R.L. | ) |
| | ) |
|     *Plaintiff*, | ) CASE NO. 2:18-cv-1725-BJR |
| | ) |
|     v. | ) |
| | ) ORDER STAYING CASE |
| HTC CORP. *et al.*, | ) |
| | ) |
|     *Defendants*. | ) |
| | ) |

Plaintiff Arendi S.A.R.L. ("Arendi") initiated this case against Defendants HTC Corp. a/k/a High Tech Computer Corp. ("HTC"), a Taiwanese corporation, and HTC America, Inc. ("HTC America"), a wholly owned subsidiary of HTC that is incorporated under the laws of the State of Washington (collectively "Defendants"). Arendi alleges that Defendants have infringed and continue to infringe United States Patents No. 7,917,843 and No. 8,306,993. This lawsuit is one of ten lawsuits Arendi filed against multiple technology entities in 2012 and 2013 in the District of Delaware. The cases were consolidated and assigned to the Honorable Chief Judge Leonard Stark. However, in November 2018, pursuant to a joint stipulation between Arendi and

Defendants, this matter was reassigned to this Court. The other nine cases remain in the District of Delaware before Judge Stark.

This Court held a Markman Hearing on September 16, 2019 and during that hearing, the Court raised with the parties the possibility of transferring the portion of this case that involves HTC—the Taiwanese corporation—back to the District of Delaware while retaining the portion of the case that relates to HTC America—the Washington corporation. Arendi did not object to the Court's suggestion; HTC objected, arguing that it would be prejudicial to HTC to rejoin the Delaware proceedings mid-litigation. HTC instead requested that this Court stay the instant proceedings pending resolution of the Delaware cases.

Having heard the parties' arguments, the Court has determined that it would be prejudicial to HTC to transfer it back to the Delaware litigation at this time. Instead, the Court will stay the instant proceeding as to all parties in this action pending resolution of the related Delaware cases. Further, the Court will refrain from ruling on the claim construction issues raised in the Markman Hearing until such time that the stay is lifted in this case.

For the foregoing reasons, the Court HEREBY STAYS this case in its entirety pending resolution of the related cases in the District of Delaware. The parties are to provide the Court with a status report every six months until such time that the stay is lifted.

Dated this 17th day of September, 2019.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge